# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JON FREY, ANDREW PERRONG and STEWART ABRAMSON on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN POWER, LLC and NEW WAVER POWER, LLC<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:19-CV-02450-TWT<br><br>**COMPLAINT – CLASS ACTION** |

## PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE PARTY NAME

The plaintiffs move to substitute the party name "New Wave Power, LLC" a limited liability company for the currently named "New Waver Power, LLC". Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the proper party name was identified by counsel for Great American Power, LLC in their initial disclosures on September 30, 2019.

Submitted on October 1, 19.

> By: */s/ Anthony I. Paronich*
> Anthony I. Paronich
> Email: anthony@paronichlaw.com
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, Massachusetts 02043
> Telephone: (617) 738-7080
> Facsimile: (617) 830-0327
> *Admitted Pro Hac Vice*
>
> ***Attorneys for Plaintiff and the Proposed Class***

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1.C & 7.1.D

Pursuant to L.R. 7.1.D, I certify that this document has been prepared with 14-point, Times New Roman font, approved by the Court in L.R. 5.1.C.

> /s/ *Anthony Paronich*
> Anthony Paronich