# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JON FREY, ANDREW PERRONG and STEWART ABRAMSON on behalf of themselves and others similarly situated, | : : : : : | |
| | : | Civil Action File |
| | : | No.: 1:19-cv-02450-SDG |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GREAT AMERICAN POWER, LLC and NEW WAVER POWER, LLC, | : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Notice is hereby given that Mark A. Silver of the law firm of Dentons US LLP respectfully enters his appearance as counsel for Defendant Great American Power, LLC, in the above-captioned action.  Counsel requests that notice of all court appearances, motions, pleadings and filings be served on the undersigned.

By: */s/ Mark A. Silver*
Mark A. Silver
Georgia Bar No. 811928
mark.silver@dentons.com

DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was filed through the CM/ECF system on March 23, 2020, which will send a copy of such pleading to all counsel of record.

/s/ *Mark A. Silver*
Mark A. Silver

*Attorney for Defendant Great American Power, LLC*

114488801