## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JON FREY, ANDREW PERRONG, and STEWART ABRAMSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:19-CV-02450-SDG |
| GREAT AMERICAN POWER, LLC, and NEW WAVE POWER, LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

### L.R. 5.4 CERTIFICATE OF SERVICE

Pursuant to L.R. 5.4(a), Co-Defendant New Wave Power, LLC certifies that on February 26, 2020, Co-Defendant New Wave Power, LLC's First Amended Response to the Plaintiffs' Second Interrogatories and Co-Defendant New Wave Power, LLC's Response to the Plaintiffs' Second Request for Production of Documents was served on counsel of record.

Respectfully submitted this 3rd day of June, 2020.

**KING, YAKLIN & WILKINS, LLP**

/s/ STEPHEN A. YAKLIN
Stephen A. Yaklin
Ga. Bar No. 780125
Collin D. Hatcher
Ga. Bar No. 926248

*Counsel for the Co-Defendant New Wave Power, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 3, 2020, I electronically filed the foregoing Certificate of Compliance with the Clerk via the Court's CM/ECF system, thereby also automatically serving by e-mail notification to the following attorneys of record:

Jason R. Doss
The Doss Firm, LLC
The Brumby Building
127 Church Street, Suite 220
Marietta, GA 30060
Telephone: (770) 578-1314
Facsimile: (678) 389-8475
jasondoss@dossfirm.com

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

Matthew R. Wilson
Michael J. Boyle, Jr.
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

Stuart Mones, Esq.
Mones Law Group, P.C.
750 Hammond Drive
Building 12, Suite 200
Atlanta, Georgia 30328
Telephone: (404) 522-7402
Facsimile: (404) 393-5563
smm@moneslaw.com

Fridrikh V. Shrayber, Esq.
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4612
fred.shrayber@dentons.com

Mark A. Silver, Esq.
Dentons US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4671
mark.silver@dentons.com

This 15th day of June, 2020.

**KING, YAKLIN & WILKINS, LLP**

/s/ STEPHEN A. YAKLIN
Stephen A. Yaklin
Ga. Bar No. 780125
Collin D. Hatcher
Ga. Bar No. 926248

192 Anderson Street, Suite 125
Marietta, GA 30060
770.424.9235
syaklin@kingyaklin.com
chatcher@kingyaklin.com