# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JON FREY, ANDREW PERRONG, STEWART ABRAMSON and MARK METZLER on behalf of themselves and others similarly situated, | CLASS ACTION <br><br> CIVIL ACTION FILE NO. 1:19-CV02450-SDG <br><br> JURY TRIAL DEMANDED |
| *Plaintiffs*, | |
| vs. | |
| GREAT AMERICAN POWER, LLC and NEW WAVE POWER, LLC | |
| *Defendants*. _____/ | |

## CORRECTED JOINT STIPULATION OF DISMISSAL

Plaintiff, Mark Metzler, and Defendant, Great American Power, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of Plaintiff's claims in this action as follows:

1. All claims of the Plaintiff, Mark Metzler, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Date: March 5, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

Jonathan M. Jagher
Kimberly A. Justice
**Freed, Kanner, London
& Millen LLC**
923 Fayette Street
Conshohocken, PA, 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521

Scott Edelsberg, Esq.
**Edelsberg Law, P.A.**
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320
Fax: (786) 623-0915

*Counsel for Plaintiff and the Class*

By: /s/ Harold E. Franklin
Harold E. Franklin
(Ga. Bar No. 273416)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
hfranklin@kslaw.com

Livia M. Kiser (pro hac vice)
Rachael M. Trummel (pro hac vice)
**KING & SPALDING LLP**
444 West Lake Street, Suite 1650
Chicago, IL 60606
Ph: 312.995.6333
Email: lkiser@kslaw.com
Email: rtrummel@kslaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          Florida Bar # 101754

*Attorneys for Plaintiff and the Class*