# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JON FREY, ANDREW PERRONG, and STEWART ABRAMSON, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

GREAT AMERICAN POWER, LLC, and NEW WAVE POWER, LLC,

Defendants.

No. 1:19-CV-02450-SDG

## ORDER

Plaintiffs Jon Frey, Andrew Perrong and Stewart Abramson ("Plaintiffs"), having moved from the dismissal of Defendant New Wave Power, LLC with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), and for good cause shown,

IT IS HEREBY ORDERED that: Defendant New Wave Power, LLC is hereby dismissed from this action with prejudice. All claims against Great American Power, LLC, remain in this case.

So Ordered this 5th day of March 2021.

_____
Steven D. Grimberg
United States District Judge