**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JON FREY, ANDREW PERRONG,
STEWART ABRAMSON and
MARK METZLER on
behalf of themselves and others
similarly situated,

  *Plaintiffs*,

vs.

GREAT AMERICAN POWER, LLC
and NEW WAVE POWER, LLC

  *Defendants*.

_____/

CLASS ACTION

CIVIL ACTION FILE NO. 1:19-
CV02450-SDG

JURY TRIAL DEMANDED

## <u>CORRECTED JOINT STIPULATION OF DISMISSAL</u>

  Plaintiff, Mark Metzler, and Defendant, Great American Power, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of Plaintiff's claims in this action as follows:

  1. All claims of the Plaintiff, Mark Metzler, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Date: March 9, 2021

Respectfully Submitted,


**Shamis & Gentile, P.A.**
By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1ˢᵗ Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

Jonathan M. Jagher
Kimberly A. Justice
**Freed, Kanner, London
& Millen LLC**
923 Fayette Street
Conshohocken, PA, 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521

Scott Edelsberg, Esq.
**Edelsberg Law, P.A.**
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320
Fax: (786) 623-0915

*Counsel for Plaintiff and the Class*

By: */s/ Stuart Matthew Mones*
Stuart Matthew Mones
**Mones Law Group, P.C.**
Bldg. 12, Suite 200
750 Hammond Drive
Sandy Springs, GA 30328
404-522-7402
Fax: 404-393-5563.
Email: smm@moneslaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:     */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

        *Attorneys for Plaintiff and the Class*