# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| JON FREY, ANDREW PERRONG, and STEWART ABRAMSON, on behalf of themselves and others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:19-CV-02450-SDG |
| v. | )<br>) |
| GREAT AMERICAN POWER, LLC, | )<br>) |
| Defendants. | )<br>)<br>) |

## STIPULATION OF DISMISSAL OF THE CLAIMS OF JON FREY ONLY

The Plaintiff Jon Frey and Defendant Great American Power, LLC are stipulating to dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the claims of Jon Frey only.

By: */s/ Anthony I. Paronich*
Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jason Doss, Esq.
The Doss Firm, LLC

The Brumby Building
127 Church Street, Suite 220
Marietta, GA 30060
jasondoss@dossfirm.com

Matthew R. Wilson, Esq.
Michael J. Boyle, Jr., Esq.
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
mwilson@meyerwilson.com
mboyle@meyerwilson.com

*Counsel for Plaintiffs Jon Frey, Andrew Perrong and Stewart Abramson*

/s/ Stuart M. Mones
Stuart M. Mones (Bar No. 760737)
STUART M. MONES, P.C.
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
Tel: (404) 522-7402
Fax: (404) 393-5563
smm@moneslaw.com

*Counsel for Defendant GAP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically and served on all counsel of record in the above-captioned matter on May 31, 2021 via the Court's CM/ECF filing system/service.

*/s/ Anthony I. Paronich*
Anthony Paronich