# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, *on behalf of themselves and others similarly situated*, <br><br>    Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN POWER, LLC, <br><br>    Defendant. | Civil Action No. <br> 1:19-cv-02450-SDG |

## ORDER

The parties have agreed to settle this case. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **30 days** of the date of this Order. Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 30 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

**SO ORDERED** this the 23rd day of July 2021.

Steven D. Grimberg
United States District Court Judge